FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

MAY 0 5 2005

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR0474 |
| Plaintiff, | ) | ORDER ALLOWING PLEADING TO BE FILED UNDER SEAL |
| v. | ) | |
| TRINA WELLS, | ) | |
| Defendant. | ) | |

NOW ON this 5 day of May, 2005, this matter comes before the Court on the Defendant's Motion to File Under Seal. This court, being fully advised in the premises, hereby ORDERS as follows:

The pleading captioned *"Motion to Review Detention, Request for Evidentiary Hearing and Request the Matter Be Sealed"* is ordered to be filed under seal.

BY THE COURT:

_____
United States Magistrate Judge F. A. Gossett