IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 8:02cr474 |
| | ) | |
| v. | ) | |
| | ) | |
| TRINA WELLS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 35 be stricken from the record for the following reason:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 35 from the record.

DATED this 10th day of May, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge