IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR474** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **TRINA WELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court sua sponte.  Rule 7(a) of the *Rules Governing Section 2255 Proceedings for the United States District Courts* states that "[i]f the motion is not dismissed, the judge may direct the parties to expand the record by submitting additional materials relating to the motion."  The record may be expanded by letters predating the filing of the motion, documents, exhibits and affidavits.  Rule 7(b) of the *Rules Governing Section 2255 Proceedings for the United States District Court.*

    In order properly to address defendant's § 2255 motion, it is necessary to expand the record in this case.  Accordingly, on or before March 14, 2007, the Defendant shall file with the court a signed Affidavit under penalty of perjury pursuant to 28 U.S.C. § 1746 responding to each statement made in the Affidavit of Karen M. Shanahan (Filing No. 67-2).  Furthermore, pursuant to Rule 7(c) of the *Rules Governing Section 2255 Proceedings for the United States District Courts,* the government will be given time to admit or deny the correctness of the Defendant's Affidavit.

IT IS ORDERED:

1. On or before March 14, 2007, the Defendant shall file with the court a signed Affidavit under penalty of perjury pursuant to 28 U.S.C. § 1746 responding to each statement made in the Affidavit of Karen M. Shanahan (Filing No. 67-2);

2. The United States may admit or deny the correctness of the Defendant's Affidavit by March 30, 2007; and

3. The Clerk of Court is directed to send a copy of this Memorandum and Order to the Defendant at her last known address.

DATED this 14th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge