**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR474** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **TRINA WELLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court sua sponte. On February 14, 2007, this Court issued a Memorandum and Order instructing the Defendant, Trina Wells, to file with the Court a signed affidavit under penalty of perjury pursuant to 28 U.S.C. § 1746 responding to each statement made in the Affidavit of Karen M. Shanahan. (Filing No. 68.) The court gave the Defendant until March 14, 2007, to file an affidavit. This deadline has now passed, and the Defendant failed to respond to the Court's Order. Therefore, by **May 18, 2007**, the Defendant shall file with the Court a written document: 1) showing cause why she failed to respond to the Court's February 14, 2007, Order; and 2) provide the Court with the requested Affidavit. If the defendant does not respond to this Order, the Court may decide the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody based on the record currently before the Court.

IT IS ORDERED:

1. The Defendant shall:

    a. show cause why she failed to respond to the Court's February 14, 2007, Order; and

    b. provide the Court with the requested affidavit by **May 18, 2007**;

2. The Clerk of Court is directed to send a copy of this Order to the Defendant at her last known address.

DATED this 23rd day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge