IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR474 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| TRINA WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons discussed in the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant's "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a person in Federal Custody" (Filing No. 59) is denied; and

2. The Clerk of Court is directed to mail a copy of this Memorandum and Order to the Defendant at her last known address.

DATED this 17th day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge