**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR474** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **TRINA WELLS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for a two-week continuance to file any documents regarding the Defendant's anticipated request for a sentence reduction as a result of the crack cocaine amendments to the guidelines (Filing No. 78).

IT IS ORDERED:

1. The Defendant's motion to continue (Filing No. 78) is granted; and

2. The documents described in the Court's previous order dated June 10, 2008, must be filed on or before July 28, 2008.

DATED this 14th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge