IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR474** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TRINA WELLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion regarding the Defendant's potential reduction in sentence pursuant to crack cocaine amendment 706.

The parties and the probation office were ordered to submit relevant documents within thirty (30) days from June 12, 2008. (Filing No. 77.) The Defendant moved to continue the deadline until July 28, 2008, and the motion was granted. (Filing Nos. 78, 79.) That deadline has passed. The probation office submitted a worksheet, but the parties have taken no action.

IT IS ORDERED:

1. The parties must file the document(s) described in the Court's earlier order (Filing No. 77) on or before August 13, 2008, or take other appropriate action; and

2. This matter will be considered ripe on August 14, 2008, and the Court will decide the matter of the potential reduction of sentence based on the record and the worksheet submitted by the probation office.

DATED this 30th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge